**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Case No. 13-02136 |
| KARYN A HARRIS | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/20/2013, and was converted to chapter 13 on 01/20/2013.

2) The plan was confirmed on 05/07/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was dismissed on 08/27/2013.

6) Number of months from filing to last payment: 3.

7) Number of months case was pending: 10.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $3,090.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$3,090.00**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,895.50 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $154.50 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$3,050.00**

Attorney fees paid and disclosed by debtor: $600.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACL LABORATORIES | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 1,084.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE TRINITY HOSPITAL | Unsecured | 6,836.00 | 58.67 | 58.67 | 0.00 | 0.00 |
| ADVOCATE TRINITY HOSPITAL | Unsecured | NA | 58.67 | 0.00 | 0.00 | 0.00 |
| AFFIRMATIVE/INSURE ONE | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| AFFIRMATIVE/INSURE ONE | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Unsecured | 3,591.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH | Unsecured | 4,192.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 2,821.00 | 3,107.96 | 3,107.96 | 0.00 | 0.00 |
| BENEFICIAL FINANCIAL I INC | Secured | 69,939.00 | 116,641.56 | 163,559.85 | 0.00 | 0.00 |
| BENEFICIAL FINANCIAL I INC | Secured | 43,225.00 | 46,918.29 | 43,225.00 | 0.00 | 0.00 |
| BENEFICIAL FINANCIAL I INC | Unsecured | 43,225.00 | NA | NA | 0.00 | 0.00 |
| CACH/HSBC BANK | Unsecured | 549.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH INC | Unsecured | 1,248.00 | 1,247.22 | 1,247.22 | 0.00 | 0.00 |
| CHECK N GO | Unsecured | NA | 1,726.92 | 1,726.92 | 0.00 | 0.00 |
| CHICAGO IMAGING | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 1,918.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Unsecured | 64.00 | NA | 342.32 | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Secured | NA | 342.32 | 342.32 | 0.00 | 0.00 |
| CMK INVESTMENTS INC | Unsecured | 2,154.00 | 3,399.00 | 3,399.00 | 0.00 | 0.00 |
| COMCAST | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 75.00 | 55.65 | 55.65 | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Unsecured | 0.00 | NA | 1,101.50 | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Secured | 1,102.00 | 1,101.50 | 1,101.50 | 0.00 | 0.00 |
| CREDIT MANAGEMENT | Unsecured | 366.00 | NA | NA | 0.00 | 0.00 |
| DEVON FINANCIAL SERVICE | Unsecured | 1,140.00 | 1,139.20 | 1,139.20 | 0.00 | 0.00 |
| EASTSIDE LENDERS LLC | Unsecured | 700.00 | 1,250.00 | 1,250.00 | 0.00 | 0.00 |
| FIRST CASH ADVANCE | Unsecured | 1,011.00 | NA | NA | 0.00 | 0.00 |
| FREEDMAN ANSELMO LINDBERG & | Unsecured | 93,061.00 | NA | NA | 0.00 | 0.00 |
| GET CASH USA | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GREAT LAKES SPECIALITY | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| HBC SERVICES | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| HORSESHOE CASINO | Unsecured | 620.00 | NA | NA | 0.00 | 0.00 |
| IILINOIS LENDING | Unsecured | 2,231.00 | NA | NA | 0.00 | 0.00 |
| IL STATE TOLLWAY AUTHORITY | Unsecured | 293.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 247.00 | 246.68 | 246.68 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 850.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ILLINOIS LENDING CORP | Unsecured | 5,873.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | 10,265.00 | 12,248.54 | 12,248.54 | 0.00 | 0.00 |
| LAKE COUNTY PROSECUTING ATTY | Unsecured | 347.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 1,407.00 | 864.14 | 864.14 | 0.00 | 0.00 |
| LVNV/HSBC/ORCHARD BANK | Unsecured | 922.00 | NA | NA | 0.00 | 0.00 |
| METABANK/BROOKWOOD LOANS | Unsecured | 2,114.00 | NA | NA | 0.00 | 0.00 |
| NORTHSTAR LOCATION SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 2,198.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 544.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 0.00 | 543.98 | 543.98 | 0.00 | 0.00 |
| QC FINANCIAL/COLLINS FINANCIAL | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 501.00 | 501.00 | 501.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 1,125.00 | 1,125.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 760.00 | 760.00 | 760.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 437.00 | NA | 437.00 | 40.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 12,461.00 | 15,442.10 | 15,442.10 | 0.00 | 0.00 |
| SOUTHEAST ANESTHESIA CONSULT | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| TCF BANKING & SAVINGS | Secured | 59,680.00 | NA | NA | 0.00 | 0.00 |
| TCF BANKING & SAVINGS | Unsecured | 36,171.00 | NA | NA | 0.00 | 0.00 |
| TRINITY HOSPITAL | Unsecured | 291.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO CENTER | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $163,559.85 | $0.00 | $0.00 |
| Mortgage Arrearage | $43,225.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $437.00 | $40.00 | $0.00 |
| All Other Secured | $1,443.82 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$208,665.67** | **$40.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$45,159.88** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

+------------------------------------------------------------+

**Disbursements:**

    Expenses of Administration          $3,050.00
    Disbursements to Creditors          $40.00

**TOTAL DISBURSEMENTS** :          **$3,090.00**

+------------------------------------------------------------+

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/26/2013        By:/s/ Tom Vaughn
                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**